# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 14-cv-1252-WJM-KLM

CHELSEA BLOCKLIN,
JALEN AQUINO,
HUYEN TRAN DUONG,
JACQUELINE DALLMAN,
KHAI TRAN, and
PHUONG-ANA CAI, on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

BLACK PEPPER PHO, LLC,
HUONG DANG, and
CHRISTOPHER JOHN,

    Defendants.
_____

## ORDER GRANTING JOINT MOTION FOR THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE
_____

This matter comes before the Court on the Parties' Joint Motion for the Exercise of Jurisdiction by a United States Magistrate Judge. (ECF No. 24.) Pursuant to 28 U.S.C. § 636(c)(1) and D.C.COLO.LCivR 72.2, the parties have consented to the jurisdiction of United States Magistrate Judge Kristen L. Mix for the purposes of ruling on the Joint Motion for Court Approval of Settlement (ECF No. 23). The Court having reviewed the parties' filings hereby ORDERS as follows:

The Joint Motion for the Exercise of Jurisdiction by a United States Magistrate Judge is GRANTED. It is FURTHER ORDERED that the Parties' Joint Motion for Court Approval of Settlement (ECF No. 23) is hereby REFERRED for final disposition to

United States Magistrate Judge Mix pursuant to 28 U.S.C. § 636(c)(1) and

D.C.COLO.LCiv.R 72.2.

Dated this 22nd day of July, 2014.

BY THE COURT:

William J. Martínez
United States District Judge