IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01252-WJM-KLM

CHELSEA BLOCKLIN,
JALEN AQUINO,
HUYEN TRAN DUONG,
JACQUELINE DALLMAN,
KHAI TRAN, and
PHUONG-ANH CAI,
     On their own behalf and on behalf of all others similarly situated,

     Plaintiffs,

v.

BLACK PEPPER PHO, LLC,
HUONG DANG, and
CHRISTOPHER JOHN,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the parties' **Joint Motion to Vacate the Scheduling Conference Pending the Court's Decision on the Joint Motion for Court Approval of Settlement [Doc. No. 23]** [#28] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#28] is **GRANTED**. The Scheduling Conference set for September 3, 2014 at 10:30 a.m. is **VACATED**.

     Dated: August 28, 2014